UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10017 NG

| | |
|---|---|
| MARVIN SKOLNICK,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| MAX MOTORS, INC., MAX FOREIGN<br>CARS, INC. and BARRY JAGOLINZER,<br>    Defendants | )<br>)<br>) |

## DEFENDANTS' ANSWER AND
## DEMAND FOR TRIAL BY JURY

### AS TO STATEMENT OF SUBJECT MATTER JURISDICTION

1.   The defendants neither admit nor deny the allegations contained in paragraph 1 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

2.   The defendants deny the allegations contained in paragraph 2 of the plaintiff's complaint.

3.   The defendants deny the allegations contained in paragraph 3 of the plaintiff's complaint.

4.   The defendants deny any unlawful practices but admit that the employment relationship occurred in the Federal District of Massachusetts.

5.   The defendants neither admit nor deny the allegations contained in paragraph 5 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

6.   The defendants neither admit nor deny the allegations contained in paragraph 6 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

354151

7. The defendants neither admit nor deny the allegations contained in paragraph 7 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

8. The defendants neither admit nor deny the allegations contained in paragraph 8 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

**AS TO PARTIES**

9. The defendants neither admit nor deny the allegations contained in paragraph 9 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

10. The defendants admit the allegations contained in paragraph 10 of the plaintiff's complaint.

11. The defendants admit the allegations contained in paragraph 11 of the plaintiff's complaint.

12. The defendants admit the allegations contained in paragraph 12 of the plaintiff's complaint.

**AS TO FACTS COMMON TO ALL COUNTS**

13. The defendants deny the allegations contained in paragraph 13 of the plaintiff's complaint.

14. The defendants deny the allegations contained in paragraph 14 of the plaintiff's complaint.

354151

15. The defendants neither admit nor deny the allegations contained in paragraph 15 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

16. The defendants neither admit nor deny the allegations contained in paragraph 16 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

17. The defendants neither admit nor deny the allegations contained in paragraph 17 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

18. The defendants deny the allegations contained in paragraph 18 of the plaintiff's complaint.

19. The defendants neither admit nor deny the allegations contained in paragraph 19 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

20. The defendants neither admit nor deny the allegations contained in paragraph 20 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

21. The defendants neither admit nor deny the allegations contained in paragraph 21 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

22. The defendants deny the allegations contained in paragraph 22 of the plaintiff's complaint.

23. The defendants neither admit nor deny the allegations contained in paragraph 23 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

24. The defendants deny the allegations contained in paragraph 24 of the plaintiff's complaint.

25. The defendants deny the allegations contained in paragraph 25 of the plaintiff's complaint.

26. The defendants admit the allegations contained in paragraph 26 of the plaintiff's complaint.

27. The defendants deny the allegations contained in paragraph 27 of the plaintiff's complaint.

28. The defendants neither admit nor deny the allegations contained in paragraph 28 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

29. The defendants deny the allegations contained in paragraph 29 of the plaintiff's complaint.

30. The defendants admit the allegations contained in paragraph 30 of the plaintiff's complaint.

31. The defendants admit the allegations contained in paragraph 31 of the plaintiff's complaint.

32. The defendants neither admit nor deny the allegations contained in paragraph 32 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

33. The defendants admit the allegations contained in paragraph 33 of the plaintiff's complaint.

34. The defendants admit the allegations contained in paragraph 34 of the plaintiff's complaint.

35. The defendants deny the allegations contained in paragraph 35 of the plaintiff's complaint.

36. The defendants deny the allegations contained in paragraph 36 of the plaintiff's complaint.

## AS TO COUNT I

37. The defendants repeat and reallege their answers to the allegations contained in paragraphs 1 through 36 of the plaintiff's complaint and incorporate them herein by reference.

38. The defendants admit the allegations contained in paragraph 38 of the plaintiff's complaint.

39. The defendants deny the allegations contained in paragraph 39 of the plaintiff's complaint.

40. The defendants deny the allegations contained in paragraph 40 of the plaintiff's complaint.

41. The defendants neither admit nor deny the allegations contained in paragraph 41 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

42. The defendants neither admit nor deny the allegations contained in paragraph 42 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

354151

43. The defendants admit the allegations contained in paragraph 43 of the plaintiff's complaint.

## AS TO COUNT II

44. The defendants repeat and reallege their answers to the allegations contained in paragraphs 8 through 36 of the plaintiff's complaint and incorporate them herein by reference.

45. The defendants admit the allegations contained in paragraph 45 of the plaintiff's complaint.

46. The defendants deny the allegations contained in paragraph 46 of the plaintiff's complaint.

47. The defendants deny the allegations contained in paragraph 47 of the plaintiff's complaint.

48. The defendants neither admit nor deny the allegations contained in paragraph 48 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

49. The defendants admit the allegations contained in paragraph 49 of the plaintiff's complaint.

50. The defendants neither admit nor deny the allegations contained in paragraph 50 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

## AS TO COUNT III

51. The defendants repeat and reallege their answers to the allegations contained in paragraphs 8 through 36 of the plaintiff's complaint and incorporate them herein by reference.

52. The defendants admit the allegations contained in paragraph 52 of the plaintiff's complaint.

53. The defendants admit the allegations contained in paragraph 53 of the plaintiff's complaint.

54. The defendants deny the allegations contained in paragraph 54 of the plaintiff's complaint.

55. The defendants deny the allegations contained in paragraph 55 of the plaintiff's complaint.

56. The defendants deny the allegations contained in paragraph 56 of the plaintiff's complaint.

57. The defendants deny the allegations contained in paragraph 57 of the plaintiff's complaint.

58. The defendants neither admit nor deny the allegations contained in paragraph 58 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

59. The defendants admit the allegations contained in paragraph 59 of the plaintiff's complaint.

60. The defendants admit the allegations contained in paragraph 60 of the plaintiff's complaint.

## AS TO COUNT IV

61. The defendants repeat and reallege their answers to the allegations contained in paragraphs 8 through 36 of the plaintiff's complaint and incorporate them herein by reference.

354151

62. The defendants admit the allegations contained in paragraph 62 of the plaintiff's complaint.

63. The defendants neither admit nor deny the allegations contained in paragraph 63 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

64. The defendants deny the allegations contained in paragraph 64 of the plaintiff's complaint.

65. The defendants deny the allegations contained in paragraph 65 of the plaintiff's complaint.

66. The defendants deny the allegations contained in paragraph 66 of the plaintiff's complaint.

67. The defendants deny the allegations contained in paragraph 67 of the plaintiff's complaint.

**SECOND DEFENSE**

The plaintiff is not entitled to recover as the complaint does not set forth a claim upon which relief can be granted.

**THIRD DEFENSE**

The defendants say that the plaintiff's complaint must be dismissed on the grounds that the service of process against them was insufficient.

**FOURTH DEFENSE**

The defendants say that the plaintiff's complaint must be dismissed on the grounds that this Honorable Court lacks jurisdiction over the persons of these defendants.

354151

## FIFTH DEFENSE

The employment relationship between the plaintiff and the Corporation was terminable at will of either plaintiff or the defendants, Max Motors, Inc. and Max Foreign Cars, Inc., such as the exercise of that right cannot give to the claims set forth in the complaint.

## SIXTH DEFENSE

The plaintiff is not entitled to punitive damages for the claims alleged in the complaint.

THE DEFENDANTS HEREBY DEMAND A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

> THE DEFENDANTS
> MAX MOTORS, INC., MAX FOREIGN
> CARS, INC. and BARRY JAGOLINZER
>
>
> By     /s/     Patricia M. Rapinchuk
> Patricia M. Rapinchuk, Esq., of
> Robinson Donovan, P.C.
> 1500 Main Street, Suite 1600
> Springfield, Massachusetts 01115
> Phone (413) 732-2301  Fax (413) 785-4658
> BBO No.:  556149

### CERTIFICATE OF SERVICE

I, Patricia M. Rapinchuk, Esq., hereby certify that on this 17th day of February, 2004, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, Sol J. Cohen, Esq., Cohen & Sales, 43 Thorndike Street, Cambridge, MA  02141.

Subscribed under the penalties of perjury.

>        /s/     Patricia M. Rapinchuk
> Patricia M. Rapinchuk, Esq.

354151