UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10017 NG

| | |
|---|---|
| MARVIN SKOLNICK,<br>　　　Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| MAX MOTORS, INC., MAX FOREIGN<br>CARS, INC. and BARRY JAGOLINZER,<br>　　　Defendants | )<br>)<br>) |

**DEFENDANT'S RULE 7.1(a) DISCLOSURE STATEMENT**

　　I, Patricia M. Rapinchuk, attorney for the Defendant, Max Motors, Inc., state that there is no parent corporation or publicly-held corporation that owns ten (10%) percent or more of stock in Max Motors, Inc.

　　Signed this 17th day of February, 2004.

　　　　　　　　　　　　　　　　　　　　By　　/s/  Patricia M. Rapinchuk
　　　　　　　　　　　　　　　　　　　　Patricia M. Rapinchuk, Esq., of
　　　　　　　　　　　　　　　　　　　　Robinson Donovan, P.C.
　　　　　　　　　　　　　　　　　　　　1500 Main Street, Suite 1600
　　　　　　　　　　　　　　　　　　　　Springfield, Massachusetts 01115
　　　　　　　　　　　　　　　　　　　　Phone (413) 732-2301  Fax (413) 785-4658
　　　　　　　　　　　　　　　　　　　　BBO No.:  556149

CERTIFICATE OF SERVICE

　　I, Patricia M. Rapinchuk, Esq., hereby certify that on this 17th day of February, 2004, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, Sol J. Cohen, Esq., Cohen & Sales, 43 Thorndike Street, Cambridge, MA  02141.

　　Subscribed under the penalties of perjury.

　　　　　　　　　　　　　　　　　　　　　　/s/  Patricia M. Rapinchuk
　　　　　　　　　　　　　　　　　　　　Patricia M. Rapinchuk, Esq.

354290