UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10017 NG

MARVIN SKOLNICK,                              )
    Plaintiff                            )
                                              )
vs.                                           )
                                              )
MAX MOTORS, INC., MAX FOREIGN                 )
CARS, INC. and BARRY JAGOLINZER,              )
    Defendants                           )

## DEFENDANT'S RULE 7.1(a) DISCLOSURE STATEMENT

I, Patricia M. Rapinchuk, attorney for the Defendant, Max Foreign Cars, Inc., state that there

is no parent corporation or publicly-held corporation that owns ten (10%) percent or more of

stock in Max Foreign Cars, Inc.

Signed this 17th day of February, 2004.

By   /s/ Patricia M. Rapinchuk
Patricia M. Rapinchuk, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  556149

CERTIFICATE OF SERVICE

I, Patricia M. Rapinchuk, Esq., hereby certify that on this 17th day of February, 2004, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, Sol J. Cohen, Esq., Cohen & Sales, 43 Thorndike Street, Cambridge, MA  02141.

Subscribed under the penalties of perjury.

/s/   Patricia M. Rapinchuk
Patricia M. Rapinchuk, Esq.

354292