# UNITED STATES DISTRICT COURT

District of _____

Marvin Skolnick

V.

Max Motors, Inc., Max Foreign Cars, Inc., Barry Jagolinzer

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04· 10017 NG

TO: (Name and address of Defendant)

Agent or authorized representative
Max Motors, Inc.
1491 Brayton Point Rd.
Somerset, Mass.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sol J. Cohen
Cohen & Sales
43 Thorndike Street
Cambridge, MA 02141

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  JAN -6 2004

## RETURN OF SERVICE

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

**Bristol, ss.**                                                                 February 12, 2004

I hereby certify and return that on 2/9/2004 at 10:30 am I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Melissa Tavares, agent, person in charge at the time of service for Max Motors, Inc., 1451 Brayton Point Road, Somerset, MA 02726. Copies ($2.00), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $39.75

_____
Deputy Sheriff

Deputy Sheriff Carl A Munroe

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date              Signature of Server

                         _____
                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.