≈AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

MARVIN SKOLNICK

V.

MAX MOTORS, INC., MAX FOREIGN
CARS, INC., and BARRY JAGOLINZER

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-10017 NG

TO: (Name and address of Defendant)

Barry Jagolinzer
4 Tupelo Hill Drive
Cranston, RI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sol J. Cohen
Cohen & Sales
43 Thorndike Street
Cambridge, MA 02141

an answer to the complaint which is herewith served upon you, within ____twenty____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

JAN - 6 2004

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | February 12, 2004 |
| NAME OF SERVER *(PRINT)*   Carmine Valelli | TITLE   DeputySheriff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __Defendant's wife__

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 60.00 |
|---|---|---|

### DECLARATION OF SERVER

...United States of America that the foregoing information...

---

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
## CERTIFICATION OF OFFICE - DEPUTY SHERIFF
### OFFICE OF THE CLERK OF SUPERIOR COURT

☒ PROVIDENCE/BRISTOL    ☐ KENT    ☐ WASHINGTON    ☐ NEWPORT

I, __Cynthia Gorai Depoli__ (Print Name), Clerk of the Superior Court of said State for the above County, the same being a Court of Record and having by law a seal, DO HEREBY CERTIFY, that __Carmine Valelli__ (Print Name of Deputy Sheriff) is a DEPUTY SHERIFF in and for said State, and as such was, at the time of making service of the within document, duly appointed, qualified and authorized to perform all the duties of a DEPUTY SHERIFF; that I am well acquainted with the handwriting of the above-named deputy sheriff and believe that the signature on the within document is genuine.

In attestation whereof, I subscribe my name and affix the seal of said Superior Court.

_____ Clerk
Signature

02-19-04
Date

SR-22 (Rev. 10/92)