UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RE:   Civil No.   04cv10017-NMG

Title:   Skolnick v. Max Motors, Inc., et al

**N O T I C E**

Please take notice that the above entitled civil action case pending in Boston has been transferred to JUDGE NATHANIEL M. GORTON for all further proceedings. From this date forward the number on all pleadings should be followed by the letters NMG to indicate assignment of the case to JUDGE GORTON. In addition, please ensure that all future correspondence with the Clerk's Office has the proper number and letters on the lower left hand corner of the envelope, as well as on the correspondence or pleading being filed.

PLEASE NOTE that unless otherwise notified by the Court, all scheduling deadlines set by judges previously assigned to these cases will be adhered to by Judge Gorton.

Questions concerning cases assigned to Judge Gorton may be directed to Craig Nicewicz, Courtroom Deputy at (617) 748-9158.

Thank you for your cooperation in this matter.

TONY ANASTAS, Clerk

By:   /s/  Helen Costello
Deputy Clerk

Date:   July 29, 2004

Copies to:   Counsel