UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10017 NG

| | |
|---|---|
| MARVIN SKOLNICK, | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| MAX MOTORS, INC., MAX FOREIGN | ) |
| CARS, INC. and BARRY JAGOLINZER, | ) |
|     Defendants | ) |

## DEFENDANTS' BUDGET 16.1 CERTIFICATION

We, the undersigned, hereby certify and affirm that we have conferred regarding a budget for the cost of conducting the full course of litigation as well as various alternative courses, including the resolution of litigation through the use of alternative dispute resolution.

By: __/s/ Laura Blahosky_____          By: __/s/ Patricia M. Rapinchuk_____
Laura Blahosky                               Patricia M. Rapinchuk, Esq., of
Authorized Representative of                  Robinson Donovan, P.C.
Federated Interlocal Insurance               1500 Main Street, Suite 1600
Insurer of Max Motors, Inc. and Max Foreign  Springfield, MA 01115
Cars, Inc.                                   Phone  (413) 732-2301
121 East Park Square                         Fax  (413) 785-4658
P. O. Box 328                                BBO # 556149
Owatonna, MN 55060

DATED: August 18, 2004

373764