UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10017-NMG

_____
                                               )
MARVIN SKOLNICK,                 )
                                               )
     Plaintiff                       )
                                               )
v.                                               )
                                               )
MAX MOTORS, INC., MAX FOREIGN  )
CARS, INC. and BARRY JAGOLINZER  )
                                               )
     Defendants                )
_____)

## JOINT STATEMENT

NOW COME the parties in the above-entitled matter and submit their Joint Statement pursuant to Rule 16.1 of the Local Rules for the United States District Court for the District of Massachusetts:

### I. DISCOVERY PLAN

A.    PHASE 1:    For developing information required for a realistic assessment of the case:

1.    The parties will serve initial written discovery requests, including Interrogatories and Requests for Production of Documents pursuant to Rules 33 and 34 on or before December 31, 2004;

2.    The parties will serve their responses to initial written discovery requests on or before January 31, 2004;

    3.    The parties will complete depositions of any fact witnesses by March 31, 2005.

B.    PHASE 2:    For developing information required to prepare for trial, if necessary.

1.    The parties will disclose their experts to each other no later than April 30, 2005;

2. The parties will complete depositions of experts by April 15, 2005.

3. The parties will complete all discovery by April 15, 2005.

## II.   PROPOSED MOTION FILING SCHEDULE

A. The parties will file and serve Rule 56 Motions for Summary Judgment by July 31, 2005;

B. The parties will file and serve their oppositions to Rule 56 Motions for Summary Judgment by July 31, 2005.

## III. OUTLINE OF PROPOSED PRE-TRIAL SCHEDULE

A. The parties agree to a discovery deadline of June 15, 2005.

B. The parties propose that the Court hold the Final Pre-Trial Conference on or before August 15, 2005;

C. The parties propose that the Court finally dispose of this matter before September 15, 2005.

## IV.   CONSENT TO TRIAL BY MAGISTRATE JUDGE

The parties have conferred regarding the possibility of trial by Magistrate Judge; however, neither party has made a decision relative to such a trial as yet.

## V.   SETTLEMENT

The plaintiff has made a demand for settlement of $1.5 million. In March, 2004, the defendants made an offer of $6,000.00. The parties have conferred relative to the possibility of

alternative dispute resolution, and have agreed to hold this issue pending the initial discovery and development of the case. The parties will revisit this issue.

Respectfully submitted,

| For the plaintiff, | For all defendants, |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Sol J. Cohen | Patricia M. Rapinchuk |
| BBO # 630776 | BBO # 556149 |
| COHEN & SALES | Robinson Donovan, P.C. |
| 43 Thorndike Street | 1500 Main Street, Suite 1600 |
| Cambridge, MA 02141 | Springfield, MA 01115 |
| (617) 621-1151 | (413) 732-2301 |