UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10017-NMG

```
_____
                                      )
MARVIN SKOLNICK,                      )
                                      )
      Plaintiff                       )
                                      )
v.                                    )
                                      )
MAX MOTORS, INC., MAX FOREIGN         )
CARS, INC. and BARRY JAGOLINZER       )
                                      )
      Defendants                      )
_____)
```

**PLAINTIFFS' CERTIFICATION OF CONFERENCE PURSUANT TO LOCAL RULE 16.1 (D) (ADDENDUM TO JOINT STATEMENT)**

NOW COMES Sol J. Cohen, attorney for the plaintiff, and hereby certifies that he has conferred with the plaintiff with respect to establishing a budget for the full course of litigation and to consider alternative dispute resolution programs.

By his attorney,

Acknowledgement:

    /s/                              /s/
Marvin Skolnick                  Sol J. Cohen
                                 BBO # 630776
                                 COHEN & SALES
                                 43 Thorndike Street
                                 Cambridge, MA 02141
                                 (617) 621-1151

## CERTIFICATE OF SERVICE

     I, Sol J. Cohen, attorney for the plaintiff, Marvin Skolnick, hereby certify that on this _____ day of _____, 2004, I served a copy of the above document on the defendants in this action, by mailing the same, postage pre-paid to the defendants' attorney at the following address:

Patricia M. Rapinchuck, Esq.
Robinson Donovan
P.O. Box 15609
Springfield, MA 01115-5609

                        _____
                        Sol J. Cohen