UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10017-NMG

_____
                                                  )
MARVIN SKOLNICK,                    )
                                                  )
    Plaintiff                       )
                                                  )
v.                                                      )
                                                  )
MAX MOTORS, INC., MAX FOREIGN  )
CARS, INC. and BARRY JAGOLINZER  )
                                                  )
    Defendants                   )
_____)

## JOINT MOTION TO EXTEND TIME TO COMPLETE DEPOSITIONS OF FACT WITNESSES TO MAY 15, 2005

NOW COME the parties in the above-entitled matter and jointly move the Court for leave to extend the time to complete depositions of fact witnesses to May 15, 2005. As grounds therefore, the parties state that due to scheduling conflicts and a postponement due to inclement weather, they will not be able to complete the depositions of fact witnesses by March 31, 2005. The parties do not seek to disturb any other aspects of the Court's Scheduling Order.

WHEREFORE, the parties respectfully seek leave to extend the time to complete depositions of fact witnesses to May 15, 2005.

Respectfully submitted,

For the plaintiff,                                              For all defendants,


/s/ SOL J. COHEN                               /s/ PATRICIA M. RAPINCHUCK
Sol J. Cohen                                            Patricia M. Rapinchuk
BBO # 630776                                       BBO # 556149
COHEN & SALES                                  Robinson Donovan, P.C.
43 Thorndike Street                               1500 Main Street, Suite 1600
Cambridge, MA 02141                         Springfield, MA 01115
(617) 621-1151                                       (413) 732-2301