UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Marvin Skolnick,
        Plaintiff

v.                                                              Civil Action No.04-10017-NMG

Max Motors Inc., et al.,
        Defendant

## SETTLEMENT ORDER OF DISMISSAL

<u>GORTON, D.J.</u>

      The Court having been advised by counsel for the Plaintiff that this action has settled; IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

                                                                                   By the Court,

                                                                                   /S/ Craig J. Nicewicz

<u>12/1/5</u>                                                                _____
  Date                                                             Craig J. Nicewicz
                                                                    Courtroom Clerk